**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02513-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

ADRIAN CARTER, Sovereign,

    Plaintiff,

v.

SOCIAL SECURITY, et al.,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

    Lynn Raynor, an individual, has submitted to the court on behalf of Plaintiff a document (ECF No. 1) titled "Conspiracy to Withhold Taxes in Violation of the Constitution Article I Sect. 9 No Capitation or Other Direct Tax Shall be Laid, Unless in Proportion to the Sensus or Enumeration Herein Before Directed to be Taken."   Although not entirely clear, Plaintiff apparently intends to file a lawsuit.   Therefore, this civil action has been commenced.   However, Ms. Raynor may not represent Plaintiff because a *pro se* litigant may not represent another *pro se* litigant in federal court.   *See* 28 U.S.C. § 1654.

    As part of the court's review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that the document is deficient as described in this order.   Plaintiff will be directed to cure the following if he wishes to pursue any claims in this action.   If Plaintiff does not intend to pursue a civil action in this court at this time, he should advise the court

of that fact and the instant action will be dismissed.   Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   xx   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   ___   is missing authorization to calculate and disburse filing fee payments
(7)   ___   is missing an original signature by the prisoner
(8)   ___   is not on proper form (must use the court's current form)
(9)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(10)   xx   other: motion is necessary only if fees totaling $400.00 are not paid in advance.

**Complaint, Petition or Application**:
(11)   xx   is not submitted
(12)   ___   is not on proper form
(13)   ___   is missing an original signature by the prisoner
(14)   ___   is missing page nos. ___
(15)   ___   uses et al. instead of listing all parties in caption
(16)   ___   names in caption do not match names in text
(17)   ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)   ___   other: _____.

Accordingly, it is

     ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.   Any papers that Plaintiff files in response to this order must include the civil action number on this order.   It is

     FURTHER ORDERED that Plaintiff shall obtain the court-approved Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) and Complaint forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.   It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.   The dismissal shall be without prejudice.

DATED November 16, 2015, at Denver, Colorado.

                                BY THE COURT:

                                s/ Gordon P. Gallagher
                                United States Magistrate Judge